**Order entered January 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01277-CV

### HAROLD HASWELL, Appellant

### V.

### CACH, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01615-2016**

## ORDER

Before the Court is appellant's January 17, 2017 motion to extend time to file appellant's brief. Appellant's motion does not comply with Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 10.1. However, to expedite the decision in this case, we suspend the rules governing requirements for motions and **GRANT** appellant's motion. *See* TEX. R. APP. P. 2. We **ORDER** the brief received on January 17, 2017 filed as of the date of this order.

/s/      CRAIG STODDART
JUSTICE